**ORIGINAL**

Erik Haas
Karla G. Sanchez
Lia M. Brooks
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-336-2000
Facsimile: 212-336-2222

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 8 – 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMBAC ASSURANCE CORPORATION,

           Plaintiff,

     - against -

EMC MORTGAGE CORPORATION,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MISC 10 – 0010

: Misc. No.

: Index No. 08 Civ. 9464 (RMB) (THK)
  (Case Pending in Southern District of
: New York)

**GARAUFIS, J.**

### NOTICE OF MOTION FOR PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF THIRD-PARTY DOCUMENTS

PLEASE TAKE NOTICE that upon the annexed Declaration of Lia M. Brooks, dated January 8, 2010 and accompanying exhibits, and the Memorandum of Law submitted herewith, Plaintiff Ambac Assurance Corporation will move this Court before the Honorable _____, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be designated by the Court, for an Order compelling third party American Home Mortgage Investment Corp to produce documents and/or permit inspection of documents pursuant to Rules 34(c) and 45(c)(2)(B) of the

Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 8, 2010

Respectfully submitted,

*Karla G. Sanchez*

Erik Haas
Karla G. Sanchez
Lia M. Brooks
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-336-2000
Facsimile: 212-336-2222

*Attorneys for Plaintiff Ambac Assurance Corp.*

TO: Curtis J. Crowther, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
110 West Pine Street
Georgetown, Delaware 19947
(302) 856-9338
*Attorney for American Home Mortgage Investment Corp.*

Eric N. Whitney
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorney for Defendant EMC Mortgage Corp.*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       :ss.:
COUNTY OF NEW YORK     )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On January 8, 2010, I served the foregoing **Notice of Motion** upon the following attorneys for the parties herein via U.S. Mail, directed to them at the address below:

Curtis J. Crowther, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
110 West Pine Street
Georgetown, Delaware 19947
(302) 856-9338
*Attorney for American Home Mortgage Investment Corp.*

Eric N. Whitney
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorney for Defendant EMC Mortgage Corp.*

_____
MATTHEW M. FINNEGAN
Lic. No. 0955687

Sworn to before me this 8th day of January, 2010

_____
Notary Public

JACQUES LYSIUS
Notary Public, State of New York
No. 01LY6067858
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 30, 2011